```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   vs.<br><br>JOHN B. POPE,<br><br>             Defendant | No. CV A 11-9598<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, John B. Pope, in the principal amount of $1,485.73 plus interest accrued to November 16, 2011, in the sum of $1,862.40; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $15.42, for a total amount of **$3,363.55**.

DATED: 2/3/2012

By: _____
TERRI NAFISI
Clerk of the Court
L. RAYFORD
Deputy Clerk
United States District Court